1  PROBER & RAPHAEL, A LAW CORPORATION
2  DEAN PROBER, ESQUIRE #106207
   LEE S. RAPHAEL, ESQUIRE, #180030
3  CASSANDRA J. RICHEY, ESQUIRE #155721
   DAVID F. MAKKABI, ESQUIRE #249825
4  MELISSA VERMILLION, ESQUIRE #241354
   20750 Ventura Boulevard, Suite 100
5  Woodland Hills, CA 91364
6  (818) 227-0100
   D.074-134
7  Attorneys for Movant

8                    UNITED STATES BANKRUPTCY COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10

11 In re                              ) Bk. No. 6:08-bk-18077-MJ
                                      )
12 RUBY JO WOODS,                     )
                                      ) CHAPTER 13
13         Debtor.                    )
14 _____  )
                                      ) NOTICE OF TERMINATION OF STAY
15 U.S. BANK, N.A. SUCCESSOR          )
   IN INTEREST TO THE FDIC AS         )
16 RECEIVER FOR DOWNEY SAVINGS        )
   AND LOAN ASSOCIATION, F.A,         )
17 its assignees and/or successors in interest, )
                                      )
18         Movant,                    )
                                      )
19 vs.                                )
                                      )
20 RUBY JO WOODS;                     )
   ROD DANIELSON, Trustee,            )
21                                    )
22         Respondents.               )
   _____  )
23
24

25         U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings

26 and Loan Association, F.A, secured creditor in the above-entitled Bankruptcy proceeding, its

27
28

                                          1

1 | assignees and/or successors in interest, holds a first lien on property generally described as **2579 Crosshaven Lane, San Diego, California**, and hereby submits the following Notice of Termination of Stay:

Pursuant to a Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. §362 (Order) entered on March 26, 2009, a Letter of Default was mailed to Debtors and Debtors' attorney Steven A. Alpert on December 8, 2009. Copies of the Order for Relief and the Letter of Default are each respectively attached hereto as **Exhibit "A" and Exhibit "B"** and made a part hereof.

Debtor failed to cure the default within the time prescribed in the Order. As such, the automatic stay has been terminated.

Secured Creditor is filing this Notice of Termination of Stay to advise that no stay is in effect in regards to the Subject Property and that Secured Creditor will pursue its rights and remedies pursuant to applicable non-bankruptcy law.

DATED: January 12, 2010            PROBER & RAPHAEL,
                                   A LAW CORPORATION


                                   By /s/ David F. Makkabi, Esquire
                                      DAVID F. MAKKABI, ESQ., #249825
                                   Attorneys for Movant

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

The foregoing document described NOTICE OF TERMINATION OF STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/30/09, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Steven A Alpert    cacbefile@pricelawgroup.com
Rod (MJ) Danielson    notice-efile@rodan13.com
Joey Deleon    joey.deleon@att.net
Andrew David Goldberg    agoldberg@rosicki.com
Stuart M Price    notice@pricelawgroup.com
Kelly M Raftery    kraftery@mccarthyholthus.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Kristin A Zilberstein    bknotice@mccarthyholthus.com
David F. Makkabi cmartin@pprlaw.net

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 1/12/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 1/12/10         Barbara Scott                   /s/ Barbara Scott
*Date                       Type Name                Signature*

**II.**     **SERVED BY U.S. MAIL**

Honorable Meredith A. Jury
U.S. Bankruptcy Court
3420 Twelfth Street
Riverside, CA 92501-3819
Judge's Copy

Ruby Jo Woods
40697 Calle Medusa
Temecula, CA 92591

Steven A. Alpert, Esquire
Stuart M. Price, Esquire
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

Rod Danielson
4361 Latham Street, Suite 270
Riverside, CA 92501